### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NAFIS UBAID, | : | CIVIL ACTION |
| Petitioner, | : | |
|  | : | No. 26-cv-2681-JMY |
| v. | : | |
|  | : | |
| J.L. JAMISON, *et al.*, | : | |
| Respondents. | | |

### **ORDER**

**AND NOW**, this 30th day of April, 2026, following a status conference held on this same day, it is hereby **ORDERED** that:

1.    Pursuant to the Parties' agreement during the status conference to waive oral argument, Petitioner's petition for a writ of habeas corpus and request for preliminary injunctive relief shall be decided on the papers;

2.    The Parties may file supplemental briefing on the petition for a writ of habeas corpus and the request for preliminary injunctive relief by **Monday, May 4, 2026**;

3.    If the Parties wish to reply to the supplemental briefing, they may do so by **Wednesday, May 6, 2026**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**