**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| NAFIS UBAID,<br>Petitioner, | : <br> : <br> : | CIVIL ACTION <br><br> No. 26-cv-2681-JMY |
| v. | : <br> : | |
| J.L. JAMISON, *et al.*,<br>Respondents. | : <br> : | |

## ORDER

**AND NOW**, this 14th day of May, 2026, upon consideration of the Petition for Writ of

Habeas Corpus, ECF No. 1, and for the reasons set forth in the accompanying memorandum, it is

hereby **ORDERED** that said petition is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**